The court incorporates by reference in this paragraph the Judgment set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



Dated: July 9 2014

John P. Gustafson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 13-33816 |
| | ) | |
| William C. Aubiel, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Adv. Pro. No. 14-3038 |
| | ) | |
| Louis J. Yoppolo, Trustee, | ) | Judge John P. Gustafson |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Ken Lee, Inc., et al., | ) | |
| | ) | |
| Defendants. | ) | |

### DEFAULT JUDGMENT

In accordance with the Memorandum of Decision and Order separately entered by the court on this date, for good cause shown,

**IT IS ORDERED, ADJUDGED, AND DECREED** that final judgment is hereby entered against Defendants Ken Lee, Inc. and Kerry I. Aubiel and in favor of Plaintiff Louis J. Yoppolo, Trustee. Defendant shall turnover property of the estate (a life insurance policy on the life of Debtor William C. Aubiel) to Plaintiff Louis J. Yoppolo, Trustee.

**IT IS FINALLY ORDERED, ADJUDGED AND DECREED** that declaratory relief is hereby granted to Plaintiff. The court hereby declares that title to said policy is found to be in the bankruptcy estate of William C. Aubiel, free and clear of any claim of right, title or interest of the Defendants.

###